UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL L. RUIZ,

                Plaintiff,

-against-

THE PARKCHESTER NORTH
CONDOMINIUM; MR. ARERY; MR.
MORTAN L. OLSHAN; MS. LARCEY.,

                Defendants.

25 CIVIL 01109 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 9, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 15, 2026

        New York, New York

                            /s/ Louis L. Stanton
                            LOUIS L. STANTON
                      United States District Judge